CONTINENTAL GRAIN COMPANY, Appellant, *v.* PHILIP N. CHRISTIE, Respondent.

Argued April 21, 1941; decided July 29, 1941.

*Frederick E. Crane, Forrest E. Single, Douglas D. Crystal* and *William Weymar, Jr.*, for appellant.

*George S. Brengle, Oscar R. Houston* and *Henry J. Bogatko* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.